**James A. WIDTFELDT,**
**Plaintiff–Appellant**

v.

**James DAUGHERTY, Revenue Officer;**
**Internal Revenue Service; U.S. Trea-**
**sury, Defendants–Appellees.**

**No. 14–1907.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 11, 2014.

Filed: Dec. 16, 2014.

James A. Widtfeldt, Atkinson, NE, pro
se.

Before SMITH, BOWMAN, and
COLLOTON, Circuit Judges.

PER CURIAM.

James Widtfeldt appeals the district
court's [1] without-prejudice dismissal of his
pro se civil action for failure to prosecute.
Upon careful review, we conclude that the
district court did not abuse its discretion in
dismissing the action without prejudice,
because Widtfeldt failed to establish that
he had properly effectuated service against
defendants within 120 days after filing his
complaint. *See* Fed.R.Civ.P. 4(m); *Bull-*

---

1. The Honorable Joseph F. Bataillon, United
   States District Judge for the District of Ne-

*ock v. United States,* 160 F.3d 441, 442
(8th Cir.1998) (per curiam) (standard of
review). Accordingly, we affirm. *See* 8th
Cir. R. 47B.